WILLIAM WINGERT *v.* DANIEL W. DOUB ET AL.
[Nos. 84-86, October Term, 1928.]

*Decided December 7th, 1928.*

The causes were argued before BOND, C. J., URNER, ADKINS, OFFUTT, PARKE, and SLOAN, JJ.

*William Wingert,* with whom were *H. F. Wingert* and *Miller Wingert* on the brief, for the appellant.

*Daniel W. Doub,* with whom was *Robert H. McCauley* on the brief, for the appellees.

A *per curiam* opinion was filed, dismissing the appeals.